IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL RANDELL, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:10-cv-1348 |
| | ) | |
| v. | ) | |
| | ) | **Judge Bucklo** |
| **COAST PROFESSIONAL, INC.,** | ) | **Magistrate Judge Cole** |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, MICHAEL RANDELL, SR., by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that the dismissal of the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal.

4. Plaintiff further requests that if this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

5. Plaintiff further requests that the status hearing on May 7, 2010 be stricken.

           Respectfully submitted,
           **MICHAEL RANDELL, SR.**

      By:  <u>s/ David M. Marco</u>
           Attorney for Plaintiff

<u>Dated: May 3, 2010</u>

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028 (x812)
Facsimile: (888) 418-1277
E-Mail: <u>dmarco@smithlaw.us</u>